UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO: 4:13CV-47-JHM

ANDY DELAMAR d/b/a JERI'S CAFÉ                                               PLAINTIFF

vs.

PENN-STAR INSURANCE COMPANY                                                  DEFENDANT

**AGREED ORDER OF DISMISSAL**

This cause coming before the Court by agreement of the parties, by and through counsel, the parties having consummated a full and final settlement of Plaintiff's claims against Defendant, and the Court being otherwise duly and sufficiently advised;

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice, costs paid. The Clerk of the Court is directed to mark this case as closed.

**ENTERED** this   October 5, 2015

Copies to Counsel of Record

*[signature]*
**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

**Prepared by and Agreed:**

**JAMES SKINNER LAW FIRM**
7139 St. Rt. 56E
P.O. Box 755
Sebree, KY  42455
(270) 835-9006
jstskinnerlaw@att.net

**FRITZ LAW FIRM PLLC**
222 S. Broadway St.
Providence, KY  42450
(202) 251-5746 (tel)
(270) 667-5427 (fax)
jon.fritz@att.net

*COUNSEL FOR PLAINTIFF*

By: s/ Jon R. Fritz_____
      Jon R. Fritz

**Have Seen and Agreed:**

**KIGHTLINGER & GRAY, LLP**
211 N. Pennsylvania Street
One Indiana Square, Suite 300
Indianapolis, Indiana  46204

*COUNSEL FOR DEFENDANT*

By: s/ Michael E. Brown_____
      Michael E. Brown